Date: 3-17-2013.

81,957-01

Donald Ray Britton
T.D.C.J. no: 1657318
1300 FM Road 655
C.T. Terrell. Unit
Rosharon Tx 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 20 2015
Abel Acosta, Clerk

Clerk of the Court Of Criminal Appeals
P.O. BOX 12308 Capitol Station Austin Tx 78711

Re: Donald Ray Britton
C.C.A. no: WR-81,957-01
Trial Court Case no: CR11268

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 19 2015
Abel Acosta, Clerk

Dear Clerk:

The relator in C.O.Cr.App. Writ no: WR-81,957-01 is requesting an updated copy of the Courts Docket Sheet.

Also the relator is requesting from this Clerk a copy of the trial courts Response and any other papers filed by the trial court including any Memorandum Of Opinion in reference to trial courts response that was received by the C.O.Cr.App. Clerk on date: 3-19-2015 that was in response to the March 12, 2015 letter sent to the trial Court by the Court Of Criminal Appeals.

I greatly appreciate your time and assistance and I look forward to hearing from you.

Sincerely:

— Letter —